

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00338-CV

| | | |
|---|---|---|
| In re PrairieSmarts LLC and Casey Rockwell | § | Original Proceeding |
| | § | From the 48th District Court |
| | § | of Tarrant County (48-266102-13) |
| | § | January 23, 2014 |
| | § | Opinion by Justice Walker |
| | § | Concurrence by Justice Meier |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by Relators PrairieSmarts LLC and Casey Rockwell. We conditionally grant Relators' petition. Writ will issue only if Respondent fails to vacate his September 18, 2013 order authorizing the presuit depositions of Rockwell and PrairieSmarts and compelling the production of documents.

It is ordered that real party in interest TD Ameritrade, Inc. pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
Justice Sue Walker